UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 19-18000-MER |
| ) | |
| STEVEN JAMES CHAVEZ, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| SIMON E. RODRIGUEZ, ) | Adv. Proc. No. 21-01198-MER |
| Chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JENNIFER CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME**

Defendant Jennifer Chavez, ("Movant") requests an extension of time to submit a responsive filing, and in support thereof, states:

1. On September 23, 2021, Trustee, Simon E. Rodriguez, ("Plaintiff") filed a Complaint, [Doc. No. 1] naming Movant as Defendant. The applicable deadline for a responsive filing by Movant is October 25, 2021.

2. Pursuant to Fed. R. Bankr. P. 9006 the Bankruptcy Court may, upon motion, grant an extension or enlargement of time for cause shown prior to the expiration of such deadline.

3. An extension is appropriate because it was necessary for Movant to secure legal representation in these proceedings, and due to the timing thereof, additional time is necessary to permit adequate review of related proceedings, as well as preparation of a responsive filing to the Complaint.

4. Therefore, Movant asserts that cause has been shown, and on the aforementioned basis requests an extension to submit a responsive filing to the Complaint until November 15, 2021.

WHEREFORE, Movant requests an extension of time until November 15, 2021 to submit a responsive filing to the Complaint, and for such further relief as the Court deems appropriate.

Dated this 25th day of October 2021.

Respectfully submitted,

COX BAKER & PAGE LLC

*/s/ Darius T. Carter*
Darius T. Carter, #42414
858 W. Happy Canyon Road, Suite 215
Castle Rock, Colorado 80108
(303) 688-8588
Darius@CoxBaker.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on 25<u>th</u> day of October 2021, to:

Simon Rodriguez, Trustee
Aaron J. Conrardy, Esq.
2580 W. Main Street, Suite 200
Littleton, CO 80120
303-296-1999
Fax: 303-296-7600
Email: aconrardy@wgwc-law.com

                COX BAKER & PAGE LLC

                */s/ Darius T. Carter*
                Darius T. Carter, #42414
                858 W. Happy Canyon Road, Suite 215
                Castle Rock, Colorado 80108
                (303) 688-8588
                Darius@CoxBaker.com
                *Attorney for Defendant*