# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 19-18000-MER |
| | ) | |
| STEVEN JAMES CHAVEZ, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SIMON E. RODRIGUEZ, | ) | Adv. Proc. No. 21-01198-MER |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO EXTEND TIME

The Court have reviewed the Debtor's *Motion to Extend Time*, and being fully advised in the premises, does herby GRANT said request.

The deadline to file a responsive pleading to the *Complaint* shall be extended to November 15, 2021.

Signed this \_\_\_\_ day of October 2021

_____
The Honorable Michael E. Romero